1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>Plaintiff,<br><br>v.<br><br>ARKANSAS BLUE CROSS BLUE SHIELD, an Arkansas Corporation; WAL-MART STORES, INC., an Arkansas Corporation; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 2:11-cv-2626-LKK-CMK<br><br>**ORDER UPON STIPULATION RE: DISMISSAL OF ACTION AGAINST DEFENDANT ARKANSAS BLUE CROSS AND BLUE SHIELD WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)** |

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The above-entitled action against defendant ARKANSAS BLUE CROSS AND BLUE SHIELD shall be dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

2. Each party shall bear its own costs and fees.

Dated: November 9, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT