1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>             Plaintiff,<br><br>      v.<br><br>ARKANSAS BLUE CROSS BLUE SHIELD, an Arkansas Corporation; WAL-MART STORES, INC., an Arkansas Corporation; and DOES 1 through 100, Inclusive,<br><br>             Defendants. | NO. 2:11-cv-02626-LKK-CMK<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT TO JANUARY 20, 2012** |

1

11-cv-02626-LKK-CMK
PROPOSED ORDER GRANTING JOINT
MOTION FOR EXTENSION OF TIME TO
RESPOND TO AMENDED COMPLAINT
TO JAN. 20, 2012

The Court, having reviewed the Joint Motion for Extension of Time to Respond to First Amended Complaint between Plaintiff Prime Healthcare Services – Shasta, LLC, doing business as Shasta Regional Medical Center ("Shasta") and Defendant Wal-Mart Stores, Inc. Associates' Health and Welfare Plan, incorrectly named as Wal-Mart Stores, Inc. ("Plan"), finds that good cause exists to enter an order granting the Stipulation.

IT IS HEREBY ORDERED that the Plan shall have up to, and including, January 20, 2012, to respond to the First Amended Complaint.

DATE: November 21, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

11-cv-02626-LKK-CMK
PROPOSED ORDER GRANTING JOINT
MOTION FOR EXTENSION OF TIME TO
RESPOND TO AMENDED COMPLAINT
TO JAN. 20, 2012