| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | | |
|---|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center, | ) ) ) ) | NO. 2:11-cv-02626-LKK-CMK |
| Plaintiff, | ) ) ) | **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT TO JANUARY 20, 2012** |
| v. | ) ) | |
| ARKANSAS BLUE CROSS BLUE SHIELD, an Arkansas Corporation; WAL-MART STORES, INC., an Arkansas Corporation; and DOES 1 through 100, Inclusive, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

1

11-cv-02626-LKK-CMK
PROPOSED ORDER GRANTING JOINT
MOTION FOR EXTENSION OF TIME TO
RESPOND TO AMENDED COMPLAINT
TO JAN. 20, 2012

1   The Court, having reviewed the Joint Motion for Extension of Time to Respond to
2   First Amended Complaint between Plaintiff Prime Healthcare Services – Shasta, LLC, doing
3   business as Shasta Regional Medical Center ("Shasta") and Defendant Wal-Mart Stores, Inc.
4   Associates' Health and Welfare Plan, incorrectly named as Wal-Mart Stores, Inc. ("Plan"),
5   finds that good cause exists to enter an order granting the Stipulation.

6   IT IS HEREBY ORDERED that the Plan shall have up to, and including, January 20,
7   2012, to respond to the First Amended Complaint.

DATE:  November 21, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT