UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PRIME HEALTHCARE SERVICES - SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,

        Plaintiff,

   v.

ARKANSAS BLUE CROSS BLUE SHIELD, an Arkansas Corporation; WAL-MART STORES, INC., an Arkansas Corporation; and DOES 1 through 100, inclusive,

        Defendants.

                              /

NO. CIV. S-11-2626 LKK/CMK

O R D E R

A status conference was held in chambers on January 17, 2012. After hearing, the court orders as follows:

1. The parties are granted 120 days from the date of this order to file cross-motions for summary judgment.

IT IS SO ORDERED.

DATED: January 19, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT