1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10  PRIME HEALTHCARE SERVICES -
    SHASTA, LLC, a Delaware
11  limited liability company
    doing business as Shasta
12  Regional Medical Center,
                                        NO. CIV. S-11-2626 LKK/CMK
13         Plaintiff,

14      v.
                                                O R D E R
15  ARKANSAS BLUE CROSS BLUE
    SHIELD, and Arkansas
16  Corporation; WAL-MART
    STORES, INC., an Arkansas
17  Corporation; and DOES 1
    through 100, inclusive,
18
           Defendants.
19  _____/

20      This case was filed by plaintiffs against Arkansas Blue Cross

21  Blue Shield, Walmart Stores, Inc. Associates Health and Welfare

22  Plan ("Walmart"), and doe defendants. On January 20, 2012, Walmart

23  filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(B),

24  12(B)(1), and 12(B)(6). That motion is set for hearing on March 26,

25  2012.

26  ////

                                    1

1      On March 20, 2012, plaintiff filed a stipulation of dismissal

2  of the action against Walmart. Accordingly, the court ORDERS as

3  follows:

4         [1] The pending motion to dismiss, ECF No. 25, is DENIED

5         as MOOT.

6         [2] The March 26, 2012 hearing on the motion to dismiss

7         is VACATED.

8    IT IS SO ORDERED.

9    DATED:  March 20, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT