UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PRIME HEALTHCARE SERVICES -
SHASTA, LLC, a Delaware
limited liability company
doing business as Shasta
Regional Medical Center,

NO. CIV. S-11-2626 LKK/CMK

    Plaintiff,

  v.

<u>O R D E R</u>

ARKANSAS BLUE CROSS BLUE
SHIELD, and Arkansas
Corporation; WAL-MART
STORES, INC., an Arkansas
Corporation; and DOES 1
through 100, inclusive,

    Defendants.
_____/

This case was filed by plaintiffs against Arkansas Blue Cross Blue Shield, Walmart Stores, Inc. Associates Health and Welfare Plan ("Walmart"), and doe defendants. On January 20, 2012, Walmart filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(B), 12(B)(1), and 12(B)(6). That motion is set for hearing on March 26, 2012.

////

On March 20, 2012, plaintiff filed a stipulation of dismissal of the action against Walmart. Accordingly, the court ORDERS as follows:

[1] The pending motion to dismiss, ECF No. 25, is DENIED as MOOT.

[2] The March 26, 2012 hearing on the motion to dismiss is VACATED.

IT IS SO ORDERED.

DATED: March 20, 2012.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT